IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: SEARCH WARRANT FOR:          )
                                    )   8:07MJ117
9611 Grand Avenue                   )
Omaha, Nebraska                     )

ORDER

**SEALED**

IT IS HEREBY ORDERED that the government's Motion to Seal Search Warrant and Application and Affidavit including Search Warrant Returns (Filing No. _____) and this Order are sealed.

BY THE COURT:

_____7/19/07_____          _____
Dated                      F. A. GOSSETT
                           U.S. Magistrate Judge

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUL 2 6 2007
OFFICE OF THE CLERK